**Dismiss and Opinion Filed March 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01433-CV

### LAKESHA PETERSON, Appellant
### V.
### CAMERON ALEXANDER HANCOCK, Appellee

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-05-20377**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

The filing fee in this case is past due. By postcard dated October 16, 2013, we notified appellant the $175 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated October 16, 2013, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of her appeal. To date, appellant has not paid the filing fee, filed the docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b)(c).

131433F.P05

Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LAKESHA PETERSON, Appellant

No. 05-13-01433-CV        V.

CAMERON ALEXANDER HANCOCK,
Appellee

On Appeal from the 302nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-05-20377.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee CAMERON ALEXANDER HANCOCK recover his costs of this appeal from appellant LAKESHA PETERSON.

Judgment entered March 26, 2014.

/ Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE